

**NUMBER 13-12-00787-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAMIRO R. ARMENDARIZ,                                              **Appellant,**

**v.**

STATE FARM LLOYDS AND
DANIEL LONGORIA,                                              **Appellees.**

### On appeal from the 445th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Ramiro R. Armendariz, filed an appeal from a judgment rendered against him in favor of appellees, State Farm Lloyds and Daniel Longoria. On February 11, 2013, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on February 4, 2013, and that the deputy district clerk, Jesus

Cantu, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).


PER CURIAM

Delivered and filed the
14th day of March, 2013.